IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY BACKUS, on behalf of himself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>NESTLE USA INC.,<br><br>　　　　Defendant.<br>_____/ | No. C 15-1963 MMC<br><br>**ORDER DIRECTING PLAINTIFF TO SUBMIT CHAMBERS COPY OF DOCUMENT IN COMPLIANCE WITH CIVIL LOCAL RULES AND THE COURT'S STANDING ORDERS** |

　　On April 30, 2015, plaintiff electronically filed his complaint.  To date, the Court has not received a chambers copy as required by the Civil Local Rules of this District and the Court's Standing Orders.  <u>See</u> Civil L.R. 5-1(e)(7) (providing party must "provide for chambers a paper copy of each document that is electronically filed . . . marked 'Chambers Copy'"); <u>see</u> also Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2 (same).

　　Plaintiff is hereby ORDERED to comply with Civil Local Rule 5-1(e)(7) and the Court's Standing Orders by immediately submitting a chambers copy of the above-referenced document.

　　**IT IS SO ORDERED.**

Dated: May 7, 2015

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge