**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**RELATED CASE ORDER**

An Administrative Motion to Consider Whether Cases Should Be Related has been filed, requesting a determination as to whether the following cases are related within the meaning of Civil L.R. 3-12(a):

**C 15-1963 MMC**    Troy Backus v. Nestle USA, Inc.
**C 15-1964 TEH**    Troy Backus v. General Mills, Inc. et al.

On the basis of the material submitted to the Court, as the Judge assigned to the earliest filed case, I find that the cases:

[ X ]  **ARE NOT RELATED** as defined by Civil L.R. 3-12(a).

[   ]  **ARE RELATED** as defined by Civil L.R. 3-12(a).


**DATED**: June 8, 2015

_____
MAXINE M. CHESNEY
United States District Judge