IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY BACKUS, on behalf of himself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>NESTLE USA INC.,<br><br>　　　　Defendant. | No. C 15-1963 MMC<br><br>**ORDER DEEMING MATTERS SUBMITTED; VACATING HEARING** |

　　　Before the Court are defendant Nestle USA Inc.'s ("Nestle") motion to dismiss and motion to strike, both filed June 5, 2015. Pursuant to the Civil Local Rules of this District, oppositions to the motions were due no later than June 19, 2015. See Civil L. R. 7-3(a) (providing opposition to motion must be served and filed no later than 14 days after the motion is filed). To date, no oppositions have been filed.

　　　Accordingly, the Court deems the matters submitted on the moving papers and hereby VACATES the hearing scheduled for July 31, 2015.

　　　**IT IS SO ORDERED.**

Dated: June 22, 2015

　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　United States District Judge