IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY BACKUS, on behalf of himself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>NESTLE USA INC.,<br><br>　　　　Defendant.<br>_____ / | No. C 15-1963 MMC<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

　　On May 1, 2015, the Initial Case Management Conference in the above-titled case was scheduled for July 31, 2015.  On June 26, 2015, however, plaintiff Troy Backus ("Backus") filed a First Amended Complaint ("FAC"), after which defendant Nestle USA Inc. ("Nestle") filed a Motion to Extend Time to Respond, in which Nestle states it needs additional time to fully evaluate Backus' new causes of action and to "prepare a motion in response" thereto.  (See Mot. at 1:16-17.)

　　In light thereof, the Court anticipates Nestle's response to the FAC, irrespective of whether the requested extension is granted, will be in the form of a motion to dismiss, rather than an answer, and, under such circumstances, the Court finds it appropriate to continue the Initial Case Management Conference to a date after Nestle's motion to

dismiss has been resolved.[1]

Accordingly, the Case Management Conference is hereby CONTINUED from July 31, 2015 to October 16, 2015. A Joint Case Management Conference Statement shall be filed no later than October 9, 2015.

**IT IS SO ORDERED.**

Dated: July 2, 2015

MAXINE M. CHESNEY
United States District Judge

---

[1] The current deadline for Nestle's response to the FAC is July 10, 2015, and Nestle seeks an extension to July 24, 2015. If, as anticipated, Nestle files a motion to dismiss, any hearing thereon would, at the earliest, be heard on August 14, 2015. See Civil L.R. 7-2(a) (providing 35-day briefing schedule on motions.)

2