IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY BACKUS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NESTLE USA INC.,<br><br>Defendant. | No. C 15-1963 MMC<br><br>**ORDER ON MOTION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT** |

Before the Court is defendant Nestle USA Inc.'s ("Nestle") Administrative Motion to Extend Time to Respond to First Amended Complaint, filed June 29, 2015. Plaintiff Troy Backus ("Backus") has filed opposition thereto. The Court, having read and considered the papers filed in support of and in opposition to the motion, finds Nestle has shown good cause for an extension, but not of the length requested.

Accordingly, to the extent Nestle seeks an extension, the motion is hereby GRANTED, and the time by which Nestle's response to Backus's first Amended Complaint is due is hereby extended to July 17, 2015.

**IT IS SO ORDERED.**

Dated: July 6, 2015

/s/ William H. Alsup for
MAXINE M. CHESNEY
United States District Judge