IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY BACKUS, on behalf of himself and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>NESTLÉ USA, INC.,<br><br>　　　　　Defendant. | No. CV-15-01963 MMC<br><br>**ORDER GRANTING MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEFS; SETTING BRIEFING SCHEDULE** |

　　　　Before the Court is defendant Nestlé USA, Inc.'s ("Nestlé") "Motion for Administrative Relief for Leave to File a Supplemental Brief in Support of its Motion to Dismiss the Amended Complaint," filed August 25, 2015. No opposition has been filed. See Civil L. R. 7-11(b) (providing "[a]ny opposition to . . . a Motion for Administrative Relief . . . must be filed no later than 4 days after the motion has been filed"). Having read and considered the papers filed in support of the motion, the Court hereby GRANTS the motion and SETS the following briefing schedule:

　　　　(1)　Nestlé's supplemental brief shall be filed no later than September 9, 2015, said brief not to exceed ten pages in length, exclusive of exhibits.

　　　　(2)　Plaintiff Troy Backus's responsive supplemental brief shall be filed no later than September 16, 2015, said brief not to exceed ten pages in length, exclusive of exhibits.

(3) As of September 16, 2015, the matter will stand submitted, unless the Court, having reviewed the supplemental filings, otherwise informs the parties.

**IT IS SO ORDERED.**

Dated: September 1, 2015

MAXINE M. CHESNEY
United States District Judge