1
2
3
4                    **UNITED STATES DISTRICT COURT**
5                    **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TROY BACKUS, on behalf of himself and all others similarly situated,<br><br>             Plaintiff,<br><br>     v.<br><br>NESTLE USA INC.,<br><br>             Defendant. | Case No: 3:15-cv-1963-MMC<br>Pleading Type: Class Action<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO EXTEND TIME TO FILE SUPPLEMENTAL BRIEF [L.R. 7-11]**; AFFORDING DEFENDANT OPPORTUNITY TO REPLY<br>Judge: The Honorable Maxine M. Chesney<br>Location: Courtroom 7 |

---

*Backus v. Nestle USA Inc.*, Case No. 3:15-cv-1963-MMC
[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF

Having reviewed Plaintiff's Administrative Motion, the Court orders that:

The deadline for Plaintiff to submit his supplemental brief is hereby continued from September 16, 2015 to September 25, 2015.

Defendant may file an additional response, up to two pages long, by September 30, 2015.

**IT IS SO ORDERED**

DATED: Sept. 15, 2015

_____
HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

1

*Backus v. Nestle USA Inc.*, Case No. 3:15-cv-1963-MMC
[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF