IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY BACKUS, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>NESTLÉ USA, INC.<br><br>    Defendant. | No. C-15-1963 MMC<br><br>**ORDER VACATING INITIAL CASE MANAGEMENT CONFERENCE; STAYING INITIAL DISCLOSURES AND DISCOVERY** |

The Court is in receipt of the parties' Joint Rule 26(f) Report, in which the parties set forth, inter alia, their respective positions as to the timing of the Initial Case Management Conference, as well as the timing of initial disclosures and discovery.

The Court, having read and considered the Joint Report, finds it appropriate to defer conducting the Initial Case Management Conference until after it has ruled on defendant's motion to dismiss, and to stay initial disclosures and discovery pending such ruling.

Accordingly, IT IS HEREBY ORDERED that:

1. The Initial Case Management Conference, presently scheduled for October 16, 2015, is hereby VACATED, and will be reset, as appropriate, following the Court's ruling on defendant's motion to dismiss.

//

2. Initial disclosures and discovery are hereby STAYED pending the Court's resolution of defendant's motion to dismiss.

Dated: October 13, 2015

_____
MAXINE M. CHESNEY
United States District Judge