IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY BACKUS, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>NESTLÉ USA, INC.,<br><br>    Defendant. | No. C-15-1963 MMC<br><br>**ORDER DENYING AS MOOT DEFENDANT NESTLÉ USA'S MOTION TO STRIKE PORTIONS OF THE FIRST AMENDED COMPLAINT** |

    In light of the Court's order, filed concurrently herewith, granting defendant Nestlé USA's ("Nestlé") Motion to Dismiss the First Amended Complaint, Nestlé's Motion to Strike Portions of the First Amended Complaint is hereby DENIED as moot.

    **IT IS SO ORDERED.**

Dated: March 8, 2016

                                                MAXINE M. CHESNEY
                                                United States District Judge