IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TROY BACKUS, on behalf of himself and all others similarly situated,

        Plaintiff,

v.

NESTLE USA, INC.,

        Defendant.

No. CV- 15-1963 MMC

**JUDGMENT IN A CIVIL CASE**

**( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED**

Defendant Nestle's motion to dismiss is hereby GRANTED, and the First Amended Complaint is hereby DISMISSED without further leave to amend.

Dated: March 9, 2016

Susan Y. Soong, Clerk

By: Tracy Lucero
Deputy Clerk