UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



FILED

SEP 09 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| TROY BACKUS, on behalf of himself and all others similarly situated,<br><br>  Plaintiff-Appellant,<br><br>v.<br><br>NESTLE USA, INC.,<br><br>  Defendant-Appellee. | No. 16-15389<br><br>D.C. No. 3:15-cv-01963-MMC<br>Northern District of California,<br>San Francisco<br><br>ORDER |

Appellant's motion to dismiss this appeal (Docket Entry No. 17) is granted. Fed. R. App. P. 42(b).

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT:


By: Peter W. Sherwood
Circuit Mediator

PWS/Mediation